November 30, 1982.

452 A.2d 1097

Baus, Appellant v. Salerno et al.

Petition for Allowance of Appeal Denied March 21, 1983.

Argued December 2, 1980. Robert J. Murphy, for appellant; William E. Rapp, for appellees.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Judgment affirmed.